```
MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5084
    Fax: (408) 535-5066
    E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00287-DLJ |
| Plaintiff, ) ) ) | STIPULATION AND [] ORDER RESCHEDULING STATUS HEARING AND EXCLUDING TIME |
| v. ) ) | |
| DAVID AYALA-HERNANDEZ, ) ) | |
| Defendant. ) ) | |

IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case, currently scheduled for Thursday, December 13, 2012 at 9:00 a.m., be vacated and rescheduled for Thursday, January 32, 2013 at 9:00 a.m. The parties further stipulate that the court may exclude the period of time from December 13, 2012 through and including January 32, 2013 from the computation of the period of time within which the trial must commence for the reasons set forth in the proposed order below.

It is so stipulated.

Dated: _____                    _____/s/_____
                                          JOHN N. GLANG
                                          Assistant United States Attorney

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 05-00287-DLJ**

1  Dated: _____                    _____/s/_____
2                                            JAMES McNAIR THOMPSON
                                             Attorney for David Ayala-Hernandez
3
4                              ] **ORDER**

5      Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this
6  case, previously scheduled for Thursday, December 13, 2012 at 9:00 a.m., be vacated and
7  rescheduled for Thursday, January 32, 2013 at 9:00 a.m.
8      Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of
9  time from December 13, 2012 through and including January 32, 2013 from the computation of
10 the period of time within which the trial must commence.  The court FINDS that the ends of
11 justice served by the delay outweigh the best interest of the public and the defendant in a speedy
12 trial.  The court bases this finding on the need of defense counsel to conduct further
13 investigation; for continuity of counsel because counsel for the government is required to attend
14 mandatory district-wide training in San Francisco on December 13, 2012; and to afford counsel
15 the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. §
16 3161(h)(7)(B)(iv).
17
18 It is so ordered:
19 Dated: _____                   _____
                                             D. LOWELL JENSEN
20                                           United States District Judge

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 05-00287-DLJ**                     2