```
JAMES McNAIR THOMPSON
SBN 67807
LAW OFFICES OF JAMES McNAIR THOMPSON
PO BOX 636
LOS GATOS CA 95031
(408) 358-6047
Attorney for David Ayala – Hernandez
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DAVID AYALA – HERNANDEZ,<br><br>　　　　Defendant | Case No.: CR – 05 – 00287 –DLJ<br><br>STIPULATION AND []<br>ORDER CONTINUING SENTENCING<br>FROM AUGUST 1, 2013 TO AUGUST<br>8, 2013 AT 10:00 A.M. |

　　　　IT IS HEREBY STIPULATED by the undersigned that the sentencing in this case, currently scheduled for Thursday, August 1, 2013 at 10:00 a.m., be vacated and rescheduled to Thursday, August 8, 2013 at 10:00 a.m. because defendant's counsel is currently engaged in a trial in state court.

　　　　It is so stipulated.

Respectfully submitted,

Dated: July 30, 2013

　　　　　　　　　　　　　　MELINDA HAAG
　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　JOHNG GLANG
　　　　　　　　　　　　　　Assistant United States Attorney

JAMES MCNAIR THOMPSON
Attorney for DAVID AYALA – HERNANDEZ
/s/_____

### ⬜ ORDER

Based on the above, and for good cause shown,

**IT IS HEREBY ORDERED**:

That the August 1, 2013 sentencing in the above-captioned matter is vacated, and the matter shall appear on August 8, 2013 at 10:00 a.m. for sentencing.

Dated: _____

_____
HON. D. LOWELL JENSEN
United States District Judge